

# Fourth Court of Appeals
## San Antonio, Texas

December 12, 2018

No. 04-18-00126-CV

**IN RE NEWPORT CLASSIC HOMES, L.P. L.L.C.**

Original Mandamus Proceeding[1]

**ORDER DENYING MOTION FOR EN BANC RECONSIDERATION**

Sitting:      Sandee Bryan Marion, Chief Justice
Karen Angelini, Justice
Marialyn Barnard, Justice
Rebeca C. Martinez, Justice (dissenting with opinion)
Patricia O. Alvarez (not participating)
Luz Elena D. Chapa (not participating)
Irene Rios, Justice (joining in dissenting opinion)

A majority of the participating en banc court denies the motion for en banc reconsideration filed by real party in interest Rafael Lagunes.

It is so **ORDERED** on December 12, 2018.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2014-CI-02113, styled *Rafael Lagunes v. Newport Classic Homes, L.P., L.L.C.*, pending in the 57th Judicial District Court, Bexar County, Texas, the Honorable Rosie Alvarado presiding.